United States Bankruptcy Court

Middle District of Pennsylvania

In re:     Case No. 25-02456-HWV

Benjamin Eugene Pettit     Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1     User: AutoDocke     Page 1 of 3
Date Rcvd: Oct 09, 2025     Form ID: ntcnfhrg     Total Noticed: 23

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 11, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Benjamin Eugene Pettit, 1465 Wayne Ave., York, PA 17403-1239 |
| cr | + | Capital One, N.A., 1 Corporate Drive, Suite 360, Lake Zurich, IL 60047-8945 |
| 5738126 | + | SECRETARY OF TREASURY, 15TH & PENN AVENUE NW, WASHINGTON, DC 20220-0001 |
| 5738140 | + | UPSTART NETWORK INC., P.O. BOX 1503, SAN CARLOS, CA 94070-7503 |
| 5739509 | + | Upstart Network, Inc, PO BOX 1931, Burlingame, CA 94011-1931 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5738130 | + | Email/PDF: bncnotices@becket-lee.com | Oct 09 2025 18:52:05 | AMEX, CORRESPONDENCE/BANKRUPTCY, PO BOX 981535, EL PASO, TX 79998-1535 |
| 5738131 | + | Email/PDF: MarletteBKNotifications@resurgent.com | Oct 09 2025 18:52:19 | BEST EGG, ATTN: BANKRUPCTY, PO BOX 42912, PHILADELPHIA, PA 19101-2912 |
| 5738132 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Oct 09 2025 18:52:35 | CHASE CARD SERVICES, ATTN: BANKRUPTCY, PO BOX 15299, WILMINGTON, DE 19850-5299 |
| 5740186 | | Email/Text: mrdiscen@discover.com | Oct 09 2025 18:42:00 | Capital One, N.A., successor by merger to Discover, P.O. Box 3025, New Albany, OH 43054-3025 |
| 5738133 | | Email/Text: mrdiscen@discover.com | Oct 09 2025 18:42:00 | DISCOVER FINANCIAL, ATTN: BANKRUPTCY, PO BOX 30943, SALT LAKE CITY, UT 84130 |
| 5738134 | | Email/Text: BKCourtNotices@yourmortgageonline.com | Oct 09 2025 18:42:00 | DISCOVER HOME LOANS, ATTN: BANKRUPTCY, 1 CORPORATE DRIVE, SUITE 360, LAKE ZURICH, IL 60047 |
| 5738125 | | Email/Text: hrohrbaugh@cgalaw.com | Oct 09 2025 18:43:00 | E. HALEY ROHRBAUGH, CGA LAW FIRM, 135 NORTH GEORGE STREET, YORK, PA 17401-1132 |
| 5738135 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Oct 09 2025 18:42:00 | GOLDMAN SACHS BANK USA, ATTN: BANKRUPTCY, PO BOX 70379, PHILADELPHIA, PA 19176-0379 |
| 5738127 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Oct 09 2025 18:43:00 | INTERNAL REVENUE SERVICE, P.O. BOX 7346, PHILADELPHIA, PA 19101-7346 |
| 5744536 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Oct 09 2025 18:42:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 5738136 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | Oct 09 2025 18:43:00 | LOANCARE LLC, 3637 SENTARA WAY, VIRGINIA BEACH, VA 23452-4262 |
| 5738139 | | Email/Text: EBN@Mohela.com | Oct 09 2025 18:42:00 | SOFI LENDING CORP., ATTN: BANKRUPTCY, 633 SPIRIT DRIVE, |

| Recip ID | | Notice Type | Date/Time | Name and Address |
| --- | --- | --- | --- | --- |
| | | | | CHESTERFIELD, MO 63005 |
| 5738137 | + | Email/PDF: cbp@omf.com | Oct 09 2025 18:52:16 | ONEMAIN, PO BOX 1010, EVANSVILLE, IN 47706-1010 |
| 5746072 | + | Email/PDF: cbp@omf.com | Oct 09 2025 18:53:45 | OneMain Financial, PO Box 3251, Evansville, IN 47731-3251 |
| 5738138 | + | Email/Text: recovery@paypal.com | Oct 09 2025 18:42:00 | PAYPAL, INC, PO BOX 45950, OMAHA, NE 68145-0950 |
| 5738128 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 09 2025 18:43:00 | PENNSYLVANIA DEPARTMENT OF REVENUE, BANKRUPTCY DIVISION, PO BOX 280946, HARRISBURG, PA 17128-0946 |
| 5738140 | + | Email/Text: UpStart@ebn.phinsolutions.com | Oct 09 2025 18:43:00 | UPSTART NETWORK INC., P.O. BOX 1503, SAN CARLOS, CA 94070-7503 |
| 5739509 | + | Email/Text: UpStart@ebn.phinsolutions.com | Oct 09 2025 18:43:00 | Upstart Network, Inc, PO BOX 1931, Burlingame, CA 94011-1931 |
| 5738141 | ^ | MEBN | Oct 09 2025 18:39:29 | VENMO, 9999 N. 90TH STREET, SCOTTSDALE, AZ 85258-4420 |
| 5738129 | | Email/Text: kcm@yatb.com | Oct 09 2025 18:42:00 | YORK ADAMS TAX BUREAU, P O BOX 15627, YORK, PA 17405-0156 |

TOTAL: 20

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| 5738124 | *+ | BENJAMIN EUGENE PETTIT, 1465 WAYNE AVE., YORK, PA 17403-1239 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 11, 2025       Signature:       /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 9, 2025 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Elizabeth Haley Rohrbaugh | on behalf of Debtor 1 Benjamin Eugene Pettit hrohrbaugh@cgalaw.com kbrayboy@cgalaw.com,rminello@cgalaw.com,ephillips@cgalaw.com,rshearer@cgalaw.com,jhall@cgalaw.com |
| Jack N Zaharopoulos | ecf_pahu_alt@trustee13.com |
| Mario J. Hanyon | on behalf of Creditor Capital One  N.A. wbecf@brockandscott.com, mario.hanyon@brockandscott.com |

Matthew K. Fissel      on behalf of Creditor FIRST FEDERAL BANK bkgroup@kmllawgroup.com wbecf@brockandscott.com

United States Trustee      ustpregion03.ha.ecf@usdoj.gov

TOTAL: 5

| UNITED STATES BANKRUPTCY COURT |
|---|
| MIDDLE DISTRICT OF PENNSYLVANIA |

In re:

| | | |
|---|---|---|
| Benjamin Eugene Pettit,<br>aka Benjamin E. Pettit, aka Ben Pettit, | Chapter | 13 |
| **Debtor 1** | Case No. | 1:25−bk−02456−HWV |

## Notice

The hearing on confirmation of the Plan of reorganization of Debtor 1 is scheduled for the date indicated below.

**November 12, 2025** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| | |
|---|---|
| United States Bankruptcy Court<br>Sylvia H. Rambo US Courthouse,<br>Bankruptcy Courtroom 4B, 1501<br>N. 6th St, Harrisburg, PA 17102 | Date: November 19, 2025<br><br>Time: 09:30 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence)* shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:**<br>Sylvia H. Rambo US Courthouse<br>1501 N. 6th Street<br>Harrisburg, PA 17102<br>(717) 901−2800 | **For the Court:**<br>Seth F. Eisenberg<br>Clerk of the Bankruptcy Court:<br>By: ChristinaEdris, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: October 9, 2025 |

ntcnfhrg (08/21)