In re:

Benjamin Eugene Pettit

    Debtor

Case No. 25-02456-HWV

Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1        User: AutoDocke        Page 1 of 3

Date Rcvd: Jul 10, 2026        Form ID: pdf010        Total Noticed: 36

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 12, 2026:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db | + | Benjamin Eugene Pettit, 1465 Wayne Ave., York, PA 17403-1239 |
| 5784434 | + | JP Morgan Chase Bank, National Association, 1 Corporate Drive, Suite 360, Lake Zurich, IL 60047-8945 |
| 5784435 | + | JP Morgan Chase Bank, National Association, 1 Corporate Drive, Suite 360, Lake Zurich, IL , 60047, JP Morgan Chase Bank, National Associati, 1 Corporate Drive, Suite 360 Lake Zurich, IL 60047-8945 |
| 5738126 | + | SECRETARY OF TREASURY, 15TH & PENN AVENUE NW, WASHINGTON, DC 20220-0001 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- | --- |
| cr | ^ | MEBN | Jul 10 2026 18:32:56 | Capital One, N.A., 1 Corporate Drive, Suite 360, Lake Zurich, IL 60047-8945 |
| cr | + | Email/Text: peritus@ebn.phinsolutions.com | Jul 10 2026 18:36:00 | Upstart Network, Inc, c/o Peritus Portfolio Services II, LLC, P.O. Box 1149, GRAPEVINE, TX 76099-1149 |
| 5738130 | + | Email/PDF: bncnotices@becket-lee.com | Jul 10 2026 18:38:42 | AMEX, CORRESPONDENCE/BANKRUPTCY, PO BOX 981535, EL PASO, TX 79998-1535 |
| 5751336 | | Email/PDF: bncnotices@becket-lee.com | Jul 10 2026 18:38:48 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5738131 | + | Email/PDF: MarletteBKNotifications@resurgent.com | Jul 10 2026 18:38:42 | BEST EGG, ATTN: BANKRUPCTY, PO BOX 42912, PHILADELPHIA, PA 19101-2912 |
| 5738132 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Jul 10 2026 18:38:48 | CHASE CARD SERVICES, ATTN: BANKRUPTCY, PO BOX 15299, WILMINGTON, DE 19850-5299 |
| 5756559 | ^ | MEBN | Jul 10 2026 18:32:56 | Capital One, N.A., Attn: Bankruptcy Dept, 1 Corporate Drive, Ste 360, Lake Zurich, IL 60047-8945 |
| 5740186 | | Email/Text: mrdiscen@discover.com | Jul 10 2026 18:36:00 | Capital One, N.A., successor by merger to Discover, P.O. Box 3025, New Albany, OH 43054-3025 |
| 5751007 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 10 2026 18:38:36 | Cf Sofi Trust, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5738133 | | Email/Text: mrdiscen@discover.com | Jul 10 2026 18:36:00 | DISCOVER FINANCIAL, ATTN: BANKRUPTCY, PO BOX 30943, SALT LAKE CITY, UT 84130 |
| 5738134 | | Email/Text: BKCourtNotices@yourmortgageonline.com | Jul 10 2026 18:36:00 | DISCOVER HOME LOANS, ATTN: BANKRUPTCY, 1 CORPORATE DRIVE, SUITE 360, LAKE ZURICH, IL 60047 |
| 5738125 | | Email/Text: hrohrbaugh@cgalaw.com | Jul 10 2026 18:36:00 | E. HALEY ROHRBAUGH, CGA LAW FIRM, 135 NORTH GEORGE STREET, YORK, PA 17401-1132 |

| | | | | |
|---|---|---|---|---|
| 5738135 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Jul 10 2026 18:36:00 | GOLDMAN SACHS BANK USA, ATTN: BANKRUPTCY, PO BOX 70379, PHILADELPHIA, PA 19176-0379 |
| 5738127 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jul 10 2026 18:36:00 | INTERNAL REVENUE SERVICE, P.O. BOX 7346, PHILADELPHIA, PA 19101-7346 |
| 5744536 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Jul 10 2026 18:36:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 5738136 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | Jul 10 2026 18:36:00 | LOANCARE LLC, 3637 SENTARA WAY, VIRGINIA BEACH, VA 23452-4262 |
| 5766888 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 10 2026 18:38:48 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587, LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 5766887 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 10 2026 18:38:36 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 5738139 | | Email/Text: EBN@Mohela.com | Jul 10 2026 18:36:00 | SOFI LENDING CORP., ATTN: BANKRUPTCY, 633 SPIRIT DRIVE, CHESTERFIELD, MO 63005 |
| 5738137 | + | Email/PDF: cbp@omf.com | Jul 10 2026 18:38:35 | ONEMAIN, PO BOX 1010, EVANSVILLE, IN 47706-1010 |
| 5746072 | + | Email/PDF: cbp@omf.com | Jul 10 2026 18:38:42 | OneMain Financial, PO Box 3251, Evansville, IN 47731-3251 |
| 5738138 | + | Email/Text: recovery@paypal.com | Jul 10 2026 18:36:00 | PAYPAL, INC, PO BOX 45950, OMAHA, NE 68145-0950 |
| 5738128 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 10 2026 18:36:00 | PENNSYLVANIA DEPARTMENT OF REVENUE, BANKRUPTCY DIVISION, PO BOX 280946, HARRISBURG, PA 17128-0946 |
| 5757482 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 10 2026 18:38:36 | Resurgent Capital Services, as servicing agent for Best Egg, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5756251 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 10 2026 18:38:35 | Resurgent Capital Services as servicing agent for, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5774974 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 10 2026 18:38:48 | Resurgent Receivables LLC, PO Box 10587, Greenville, SC 29603-0587, Resurgent Receivables LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 5774973 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 10 2026 18:38:42 | Resurgent Receivables LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 5756198 | | Email/PDF: ebn_ais@aisinfo.com | Jul 10 2026 18:38:42 | Synchrony Bank, by AIS InfoSource LP as agent, PO Box 4457, Houston, TX 77210-4457 |
| 5738140 | + | Email/Text: UpStart@ebn.phinsolutions.com | Jul 10 2026 18:36:00 | UPSTART NETWORK INC., P.O. BOX 1503, SAN CARLOS, CA 94070-7503 |
| 5739509 | + | Email/Text: peritus@ebn.phinsolutions.com | Jul 10 2026 18:36:00 | Upstart Network, Inc, c/o Peritus Portfolio Svcs II LLC, PO Box 1149, Grapevine, TX 76099-1149 |
| 5738141 | ^ | MEBN | Jul 10 2026 18:32:52 | VENMO, 9999 N. 90TH STREET, SCOTTSDALE, AZ 85258-4420 |
| 5738129 | | Email/Text: kcm@yatb.com | Jul 10 2026 18:36:00 | YORK ADAMS TAX BUREAU, P O BOX 15627, YORK, PA 17405-0156 |

TOTAL: 32

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a**

preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | JP Morgan Chase Bank, National Association, 1 Corporate Drive, Suite 360, Lake Zurich, IL 60047-8945 |
| cr | * | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| cr | * | Resurgent Receivables LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 5738124 | *+ | BENJAMIN EUGENE PETTIT, 1465 WAYNE AVE., YORK, PA 17403-1239 |
| 5757296 | *+ | LoanCare, LLC, 3637 Sentara Way, Virginia Beach, VA 23452-4262 |

TOTAL: 0 Undeliverable, 5 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 12, 2026        Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 10, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Elizabeth Haley Rohrbaugh | on behalf of Debtor 1 Benjamin Eugene Pettit hrohrbaugh@cgalaw.com ephillips@cgalaw.com,rshearer@cgalaw.com,jhall@cgalaw.com;ycaraballo@cgalaw.com;jrosenau@cgalaw.com |
| Jack N Zaharopoulos | ecf@pamd13trustee.com |
| Mario J. Hanyon | on behalf of Creditor Capital One  N.A. wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| Mario J. Hanyon | on behalf of Creditor JP Morgan Chase Bank  National Association wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| Matthew K. Fissel | on behalf of Creditor FIRST FEDERAL BANK bkgroup@kmllawgroup.com  wbecf@brockandscott.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 6

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:                            :

                                :     CHAPTER 13

BENJAMIN EUGENE PETTIT, aka     :
BENJAMIN E. PETTIT, aka BEN PETTIT,  :

                                :     CASE NO. 1:25-bk-02456-HWV

               Debtor.          :

## ORDER

Upon consideration of the Trustee's Certificate of Default, Doc. 37, and this Court's May 20, 2026 Order directing the Debtor to file an amended plan within 45 days, Doc. 36, and it appearing that no amended plan has been filed, it is

**ORDERED** that the above-captioned case is dismissed. Notwithstanding the dismissal of this case, the Court retains jurisdiction over timely requests for payment of compensation.

By the Court,

_Henry W. Van Eck_

Henry W. Van Eck, Chief Bankruptcy Judge
Dated: July 10, 2026